

## MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 250TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On May 8, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Eligah Darnell, Jr. v. Steven McCraw, Director of Texas Department of Public Safety

Court of Appeals No. 15-24-00119-CV
Trial Court No. D-1-GN-24-003836

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, Freeman Martin, Director of Texas Department of Public Safety, signed September 30, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this September 25, 2025.



**CHRISTOPHER A. PRINE, CLERK**